

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00007-CR

---

**CHARLES RANDALL FREE, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

---

On Appeal from the 413th District Court
Johnson County, Texas
Trial Court No. DC-F202100795, Honorable John Edward Neill, Presiding

---

January 25, 2024

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Charles Randall Free, appeals his conviction for theft[1] and sentence of seven years and six months of confinement.[2] Pending before this Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney. As no decision of

---

[1] *See* TEX. PENAL CODE ANN. § 31.03(e)(7).

[2] Originally appealed to the Tenth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

the Court has been delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.